————O————

ROBERT BERRY, Respondent, *vs.* PHILO L. SMITH, Appellant.

1. *Practice, civil—Exceptions—Reversal.*—Where no exceptions are taken to the rulings of the lower court, this court will not reverse the case on the ground of such rulings.

*Appeal from Cape Girardeau Court of Common Pleas.*

*Louis Houck,* for Appellant.

*J. McWilliams,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

The only complaint made is, in regard to the action of the court in refusing to grant a change of venue on the application of the defendant.

When the court overruled the application, the record states, that the defendant presented his bill of exceptions; but it does not appear that he did except to the ruling. So, when the motion for a new trial was overruled, no exceptions were taken to the decision at all; there is, therefore, nothing saved for this court to consider.

Judgment affirmed. The other judges concur, except Sherwood J., absent.